AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rhode Island Carpenters' Annuity Fund

V.

Xpress Flooring

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 402 T

TO: (Name and address of Defendant)

John C. Agostino, Jr., R/A/S Xpress Flooring
399 Pond Street, B-1
Braintree, MA 02184

OR 31 Anderson Rd.
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Wiens, #6827
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
(401)294-4700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.8.06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OCT 1 0 2006

*The Commonwealth of Massachusetts*
*County of Norfolk*
SHERIFF'S DEPARTMENT
Division of Civil Process

2015 Washington Street
P.O. Box 859215
Braintree, MA 02185-9215
Tel (781) 326-1787 • Fax (781) 326-0288

Michael G. Bellotti
*Sheriff*

Jeffrey J. Nourse
*Deputy Superintendent*

**COMMONWEALTH OF MASSACHUSETTS**
County of Norfolk

**James Triglia,** being duly sworn, deposes and says that he is a Deputy Sheriff for the County of Norfolk. Deputy Triglia further states that he served an attested copy of the within **summons and complaint,** on **September 25, 2006 at 3:15PM** upon the within named **John C. Agostino, Jr. dba Express Flooring** by delivering in hand to John C. Agostino, Jr.. Said service was made at **399 Pond Street Braintree, MA 02184.**

James G. Triglia
Norfolk County Deputy Sheriff

Norfolk ss.
Commonwealth of Massachusetts

Subscribed and sworn to before me
This 12th day of October , 2006

Noelle E. Nee
Noelle E. Nee
Notary Public
My commission expires May 7, 2010

NOELLE E. NEE
MY COMM. EXPIRES MAY 7, 2010
COMMONWEALTH OF MASSACHUSETTS
NOTARY PUBLIC