UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v.

C.A. No. 06-402T

XPRESS FLOORING CONTRACTORS,
*Defendant*.

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on September 8, 2006. Defendant was served with a copy of the complaint and summons by Constable Thomas Noury on September 25, 2006.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: July 11, 2007

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 11th day of July, 2007.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/07

Dated: July 11, 2007

CERTIFICATION

I hereby certify that I electronically filed the within Affidavit July 11, 2007. The Application is available for viewing and downloading from the Court's Electronic Case Filing system. I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 11th day of July, 2006, to the following parties of record:

John Agostino, Jr.
Xpress Flooring, Inc.
399 Pond Street, B-1
Braintree, MA 02184

Elizabeth A. Wiens