Case 1:06-cv-00402-T-DLM Document 3-1 Filed 07/11/2007 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-402T

XPRESS FLOORING CONTRACTORS,
*Defendant*.

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

DEFAULT HEREBY ENTERED:
[signature]
DEPUTY CLERK
August 7, 2007