**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RI CAPRENTERS ANNUITY FUND,
ET AL.,
PLAINTIFFS

v. C.A. No. 06-402T

XPRESS FLOORING CONTRACTORS,
DEFENDANT

**SHOW CAUSE ORDER**

On or before **April 30th, 2008**, Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 3/25/08
FORMS/SHWCAUS2.ORD