UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, et al,
Plaintiffs,

v. Dkt. No. 06-402T

XPRESS FLOORING CONTRACTORS,
Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs Rhode Island Carpenters Annuity Fund, et al, hereby move that Christopher N. Souris be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Richard M. Peirce
Signature of Local Counsel

Richard M. Peirce
Print Name

RI Bar ID 0564

Roberts, Carroll, Feldstein & Peirce
Firm and Business Address

Email: rpeirce@rcfp.com

Ten Weybosset Street, Eighth Floor

Tel # 401-521-7000

Providence, RI 02903

Fax # 401-521-1328

---

**ORDER**

This motion is hereby ____GRANTED ______ DENIED

District Judge

Date: