UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND<br>RHODE ISLAND CARPENTERS PENSION FUND,<br>RHODE ISLAND CARPENTERS VACATION FUND,<br>RHODE ISLAND CARPENTERS HEALTH FUND,<br>Through their Trustees, and DONALD LAVIN, in his<br>official capacity as Co-Administrator of the Funds<br><br>Plaintiffs,<br><br>v.<br><br>XPRESS FLOORING CONTRACTORS,<br><br>Defendant. | C.A. No. 06-402-T |

**PLAINTIFFS' RESPONSE TO**
**ORDER TO SHOW CAUSE**

Plaintiffs respectfully submit this response to the Court's March 27, 2008 Order to Show Cause why the action should not be dismissed for failure to prosecute.

This is an action by several multi-employer fringe benefit funds to compel a contributing employer to submit to a payroll audit to verify that it is in compliance with its obligations to contribute to the Funds.

After the Court entered the default in this action on August 7, 2007, defendant provided some documents to the Funds. In the meantime, the Funds began the process of changing their counsel. The Funds' new counsel was retained in February and was in the process of reviewing this, as well as other, pending matters when the Court issued its Order.

The Funds' review of the documents produced by defendant reveal that they are substantially incomplete, and the Funds prepared a motion for a default judgment compelling production of the remaining documents. Plaintiff's motions, supporting memorandum and

supporting declaration of the Co-Administrator of the Funds were filed with the Court on April 29, 2008.

Dated: April 29, 2008

Respectfully submitted,

/s/ Richard M. Peirce
Richard M. Peirce No. 05654
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 Tel.
(401) 521-1328 FAX
rpeirce@rcpf.com

*Motion for Admission Pro Hac Vice Pending*
/s/ Christopher N. Souris
Christopher N. Souris
KRAKOW & SOURIS, LLC
225 Friend Street

CERTIFICATE OF SERVICE

I, Richard M. Peirce, hereby certify that I mailed a copy of the within to the following this 29th day of April, 2008:

Xpress Flooring Contractors
c/o John C. Agostino, Jr.
399 Pond Street, B-1
Braintree, MA 02184

I, Richard M. Peirce, hereby certify that on April 29, 2008, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Elizabeth A. Wiens
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/ Richard M. Peirce