**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs,*

v. C.A. No. 06-402T

XPRESS FLOORING CONTRACTORS,
*Defendant.*

**MOTION TO WITHDRAW AS COUNSEL**

NOW COME Marc B. Gursky and Elizabeth Wiens and move this Court for leave to withdraw as counsel for Donald Lavin and the Trustees of the Rhode Island Carpenters' Annuity Fund, Rhode Island Carpenters' Pension Fund, Rhode Island Carpenters' Vacation Fund and Rhode Island Carpenters' Health Fund. As grounds for this motion, Attorneys Gursky and Wiens state that Plaintiffs, and each of them, have retained new counsel who have entered their appearance in this matter.

Respectfully submitted,

/s/ Elizabeth Wiens
/s/ Marc B. Gursky

GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on April 29, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on all parties has been effectuated by electronic means.

/s/ Elizabeth Wiens