**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND; RHODE ISLAND CARPENTERS PENSION FUND; RHODE ISLAND CARPENTERS VACATION FUND; RHODE ISLAND CARPENTERS HEALTH FUND; Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds<br><br>Plaintiffs,<br><br>v.<br><br>XPRESS FLOORING CONTRACTORS,<br><br>Defendant. | C.A. No. 06-402-T |

**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AUDIT**

The Plaintiffs' motion for default judgment is treated as a motion for an audit, and, as such, the motion is, hereby, granted and the Defendant is ordered to allow the Plaintiffs to conduct an audit of its relevant books and records.

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
Senior District Judge
Date: 6/16/08