UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RI CAPRENTERS ANNUITY FUND,
ET AL.,
PLAINTIFFS

v.                                                    C.A. No. 06-402T

XPRESS FLOORING CONTRACTORS,
DEFENDANT

### SHOW CAUSE ORDER

On or before **March 6th, 2009**, Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
U.S. District Judge
Date: 2/3/09
FORMS/SHWCAUS2.ORD