UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY
FUND, RHODE ISLAND CARPENTERS
PENSION FUND, RHODE ISLAND
CARPENTERS VACATION FUND, RHODE
ISLAND CARPENTERS HEALTH FUND, through
their Trustees, and DONALD LAVIN, in his
official capacity as Co-Administrator of the Funds,

                              Plaintiffs,

v.                                                               CA06-402-S

XPRESS FLOORING CONTRACTORS,

                              Defendant.

### DEFAULT JUDGMENT

Upon review of the Plaintiffs' Response to this Court's February 3rd, 2009 Show Cause Order, the Court hereby grants Plaintiffs' Motion for Default Judgment and it is hereby

ORDERED, ADJUDGED AND DECREED:

That the defendant take immediate steps to contact plaintiffs and make arrangements to submit to an audit of the defendant's business records by plaintiffs' representatives, which audit defendant shall schedule to take place no later than 14 days following the entry of this Judgment and during which defendant shall produce, to the extent not previously produced, for the period January 2002 to the present, weekly payroll journals, individual earnings records on all employees, quarterly withholding tax and FICA returns (Forms 941 and W-3), and general ledger and cash disbursements journals.

                                                         So Entered:

                                                         _____
                                                         Deputy Clerk

dated: March 11th, 2009